**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000603**
**16-JUN-2025**
**08:49 AM**
**Dkt. 168 OCOR**

NOS. CAAP-20-0000603

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DAVID KIMO FRANKEL, Plaintiff-Appellant, v.
BOARD OF LAND AND NATURAL RESOURCES, DEPARTMENT OF LAND AND
NATURAL RESOURCES AND RESORTTRUST HAWAII LLC,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC181001959)

ORDER OF CORRECTION
(By: Hiraoka, J.)

IT IS HEREBY ORDERED that the Opinion of the court,
filed on January 29, 2025 (docket no. 153) in the above case is
corrected as follows:

On page 6 of the *Opinion by Hiraoka, J. Concurring in
Part and Dissenting in Part*, first full paragraph, line 4, change
the apostrophe (') to an ʻokina (ʻ) so those lines are corrected
to read, "That "is a question of law, and will be reviewed de
novo." Kiaʻi Wai v. Dep't of Water, 151 Hawaiʻi 442, 454, 517
P.3d 725, 737 (2022)."

On page 6 of the *Opinion by Hiraoka, J. Concurring in
Part and Dissenting in Part*, first full paragraph, line 8, delete

the ʻokina in <u>Kauaʻi Springs</u> so the line is corrected to read, "<u>Id.</u> at 455, 517 P.3d at 738 (quoting <u>Kauai Springs</u>, 133 Hawaiʻi at 164, 324 P.3d at 974)."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, June 16, 2025.

/s/ Keith K. Hiraoka
Associate Judge